IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER TARBOX and
ANNETTE WILLIAMS,

        Plaintiff,

v.                                 3:14-CV-01346
                                   (JUDGE MARIANI)
BUTLER TOWNSHIP and
OFFICER SHAWN M. BUTLER, in his
official and individual capacities,

        Defendant.

## ORDER

**AND NOW, THIS 19TH DAY OF OCTOBER, 2015**, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim, **IT IS HEREBY ORDERED THAT**:

1. Such Motion (Doc. 13) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. The Motion is **DENIED** with respect to Counts I, II, and IV.

    b. The Motion is **GRANTED** with respect to Counts III, V, and VI. These Counts are **DISMISSED WITH LEAVE TO AMEND**.

    c. The Motion is **GRANTED** with respect to Punitive Damages only insofar as it seeks the demand for Punitive Damages to be stricken from Plaintiffs' Municipal Liability claim. It is **DENIED** in all other respects. The leave to amend granted with respect to Count VI **DOES NOT INCLUDE** leave to

   reassert a demand for Punitive Damages in an amended Municipal Liability claim.

   d. The Defendants' claim for Qualified Immunity is **CONDITIONALLY DENIED**, with leave to be reasserted at an appropriate time.

   e. The Defendants' claim for Immunity under the Political Subdivision Tort Claims Act is **DENIED**.

2. Plaintiffs shall have **FOURTEEN (14) DAYS** from the date of this Order in which to file a Second Amended Complaint that cures the defects cited in the Court's accompanying Memorandum Opinion.

 
_____
Robert D. Mariani
United States District Judge